UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 13

Michelle Lee Lesher,  Bky. No. 19-11830 - REF

Debtor

ORDER DISMISSING CASE

AND NOW, to wit, it is ORDERED that since the debtor has failed to timely file the documents required by the Order dated March 26, 2019, and revised on March 27, 2019; This case be and the same is hereby DISMISSED WITH PREJUDICE, and the Debtor may not file a new bankruptcy petition, individually or jointly, for a period of five years without prior leave of this Court.

.

**Date: April 17, 2019**

_____
RICHARD E. FEHLING
CHIEF UNITED STATES BANKRUPTCY JUDGE

Missing Documents:
Chapter 13 Plan
Matrix list of Creditors
Chapter 13 Statement of Current Monthly Income
Schedules A/B-J
Statement of Financial Affairs
Summary of Assets and Liabilities