United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-11830-ref
Michelle Lee Lesher                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4         User: SaraR              Page 1 of 1           Date Rcvd: Apr 17, 2019
                             Form ID: pdf900          Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 19, 2019.
db           +Michelle Lee Lesher,    207 East Main St.,    P. O. Box 640,    Adamstown, PA 19501-0640
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
14299158     +Nationstar Mortgage LLC d/b/a Mr. Cooper,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
               701 Market St. Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 18 2019 03:02:51
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 18 2019 03:03:06     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                               TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 19, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 17, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper
               bkgroup@kmllawgroup.com
              SCOTT  WATERMAN    ECFmail@fredreiglech13.com, ECF_FRPA@Trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                               TOTAL: 3

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    Chapter 13

Michelle Lee Lesher,                                      Bky. No. 19-11830 - REF

        Debtor

## ORDER DISMISSING CASE

AND NOW, to wit, it is ORDERED that since the debtor has failed to timely file the documents required by the Order dated March 26, 2019, and revised on March 27, 2019; This case be and the same is hereby DISMISSED WITH PREJUDICE, and the Debtor may not file a new bankruptcy petition, individually or jointly, for a period of five years without prior leave of this Court.

.

**Date: April 17, 2019**

                                          RICHARD E. FEHLING
                                   CHIEF UNITED STATES BANKRUPTCY JUDGE

Missing Documents:
Chapter 13 Plan
Matrix list of Creditors
Chapter 13 Statement of Current Monthly Income
Schedules A/B-J
Statement of Financial Affairs
Summary of Assets and Liabilities